# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GUADALUPE SWEATMAN, | ) CASE NO.: 2:20-cv-01163-GW-PVC |
| Plaintiff, | ) **[PROPOSED] ORDER OF DISMISSAL** |
| v. | ) Action filed: February 5, 2020 |
| EXPERIAN INFORMATION SOLUTIONS, INC., and SOUTHERN CALIFORNIA EDISON COMPANY, | ) |
| Defendants. | ) |

# [~~PROPOSED~~] ORDER OF DISMISSAL

Pursuant to the stipulation of Plaintiff Guadalupe Sweatman ("Plaintiff") and Defendant and Cross-Claimant Southern California Edison Company ("SCE") under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c), IT IS ORDERED that (i) all of Plaintiff's claims against SCE, and (ii) all of SCE's claims alleged in the Counterclaim against Plaintiff, in the above-captioned action, be, and hereby are, dismissed with prejudice, with each of Plaintiff and SCE bearing their own attorneys' fees and costs with respect to the dismissed claims.

DATED:  September 17, 2020

_____
UNITED STATES DISTRICT JUDGE